115 P.3d 685

# SUPREME COURT OF HAWAI'I

State v. Yong Ok Pegouskie ....... 25518          06/27/2005  Denied          107 Hawai'i 360,
                                                                              113 P.3d 811